THE PEOPLE *v.* RODRÍGUEZ.

APPEAL from the District Court of Ponce.

No. 91.—Decided October 24, 1907.

APPEAL—MANIFEST ERRORS.—Where it does not appear from the record that any error has been committed which would warrant the reversal of the judgment appealed from, the same must be affirmed.

The facts are stated in the opinion.

Mr. *Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

The defendant, Acisclo Rodríguez was charged with perjury in the District Court of Ponce, and after a trial was sentenced to one year and six months in the penitentiary at hard labor, and to the payment of the costs.

. The case comes here on appeal, but the evidence has not been certified to us in any manner, and as we have found no error in the record, the judgment must be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, Figueras and MacLeary concurred.